**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CALEB PEARSON TOLLAR** **PETITIONER**

**v.** **No. 1:26-cv-45-RPC-DAS**

**STATE OF MISSISSIPPI** **RESPONDENT**

**ORDER OF DISMISSAL**

The Court takes up, *sua sponte*, the dismissal of this cause. On April 7, 2026, the Court entered an order requiring the plaintiff to submit an amended petition on a 2254 form and to either pay the filing fee or submit a completed application to proceed *in forma pauperis*. Doc. [3]. The Court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the Court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 25th day of August, 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE